IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RUFUS HAMPTON,

    Plaintiff,

v.                                              CASE NO. 4:12cv45-RH/GRJ

JAMES BLACKWOOD et al.,

    Defendants.

_____/


## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

    The report and recommendation concludes that the case should be dismissed without prejudice based on the plaintiff's failure to disclose prior lawsuits as required by this district's standard prisoner civil-rights complaint form. Dismissal without prejudice is not too severe a sanction under these circumstances. If the form is to serve its purpose, a plaintiff must provide accurate information. If word got around the prisons that inaccurate or incomplete information could be provided

with no effective sanction, the form would serve little purpose.  And word does get around the prisons.

For these reasons, and the additional reasons set forth by the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on March 27, 2012.

        s/Robert L. Hinkle
        United States District Judge